

**U.S. Department of Justice**

*Joshua S. Levy*
*Acting United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*       *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

January 19, 2024

BY ELECTRONIC MAIL

Peter C. Horstmann, Esq.
Counsel for Anthony Centeio, a/k/a "Wheezy," a/k/a "Taliban Wheeze"
Law Offices of Peter Charles Horstmann
450 Lexington St. Suite 101
Newton, MA 02466

Mark W. Shea, Esq.
Jean LaRocque, Esq.
Counsel for Eric Correia, a/k/a "Bubba"
Shea & Larocque
929 Massachusetts Avenue, Suite 200
Cambridge, MA 02139

Leslie Feldman-Rumpler, Esq.
Counsel for Daronde Bethea, a/k/a "Freeze"
4 Cypress Street, Suite 7
Brookline, MA 02445

      Re:    <u>United States v. Kenny Romero, a/k/a "KG," et al.</u>
            Cr. No. 21-10354-WGY(sss)

Dear counsel:

     In addition to the discovery previously produced, the government provides you with the following additional discovery (Bates No. USAO_12772-13334). This material includes laboratory back-up work and other reports related to DNA testing of items seized after the October 2, 2017 attempted murder of Victim No. 2 by Eric Correia and additional reports related to the November 8, 2017 home invasion robbery by Daronde Bethea (<u>see</u> Count Two, ¶¶ (b)-(c) of the Third Superseding Indictment).

     Also included in this production are additional recordings featuring members of Cameron Street. Two of these recordings feature Anthony Centeio and one feature Clayton Rodrigues.

According to CW-3, these recordings were circulated to Cameron Street members but were not disseminated outside the group because the lyrics were deemed to be particularly incendiary.

The government anticipates offering some of these recordings at trial and expects that various cooperating witnesses will identify members of Cameron Street in the videos and explicate the videos themselves. For instance, during pre-trial preparation, CW-1 and CW-3 separately viewed "Y'all Don't Hear Me" (Bates No USAO_8351), which featured Group One defendant Anthony Centeio singing under the name "LemonSqueezWeez." At trial, CW-1, CW-3, or both will testify to or identify the following:

- "RIP Loki Drew." Manuel Daveiga, a/k/a "Loc," a/k/a "Loki," died during a confrontation with the Boston Police on April 3, 2010. Several Cameron Street members, including co-defendants Jonathan Darosa, a/k/a "Jeezy," and Wilter Rodriguez, a/k/a "Walt," a/k/a "Wo Wo," have tattoos memorializing Daveiga's death. "Drew" is Andrew Tavares, who was shot and killed on March 28, 2010.

- In the graveyard, Centeio is wearing a jacket with a large "H," which represents Hancock Street. Cameron Street territory encompasses Hancock Street – many of the drug sales in this case took place on Hancock Street and Cameron Street members often wear clothing with the letter "H." Centeio is in the graveyard with Danilo Depina (white t-shirt), currently serving a manslaughter sentence in connection with the August 20, 2016 death of NOB/Wendover member Ailton Goncalves in Dorchester, and co-defendant Takari Elliot, a/k/a "T-Paper" (black shirt), who in the third superseding indictment is alleged to have murdered Manuel Duarte on October 13, 2020 in the area of 94 Belmont Street in Brockton and who pleaded guilty to manslaughter in state court in connection with this homicide.

- The video then flashes images of various Cameron Street members: first, Emmanuel Pina, a/k/a "Ghost," serving a life sentence after being convicted of two counts of first degree murder for the August 2, 2009 shooting deaths of Manuel Monteiro and Jovany Eason in the area of Ka'Carlos Bar and Grill, 33 Hancock Street, Boston; second, co-defendant Jonathan Darosa, a/k/a "Jeezy"; third, Aaron Almeida, a/k/a "Ace," serving a life sentence for first degree murder in connection with the August 20, 2016 homicide of NOB/Wendover member Ailton Goncalves in Dorchester (Danilo Depina was Almeida's co-defendant); and Marvin Viega, a/k/a "MV," who along with Takari Elliot was initially charged in state court with the October 13, 2020 murder of Manuel Duarte. Viega was killed in Tennessee after local police officers attempted to arrest him on the outstanding warrant and Viega confronted the officers with a knife.

- The man in the red sweatshirt is Eric Correia, a/k/a "Bubba."

- CW-1 and CW-3 advised that the portion of the video showing the car traveling down a city street was significant because the car had turned off of Columbia Road and was heading toward Dudley Street. CW-1 and CW-3 will testify that this was

the path that Cameron Street members would travel if they were headed into NOB/Wendover gang territory.

- Cameron Street members often wear clothing or tattoos with the letter "C." Centeio is wearing a Montreal Canadiens jersey, which contains both a "C" and an "H." At this portion of the video, Centeio is located on Fifield Street, within Cameron Street territory and an area where the gang frequently distributes narcotics.

- After Centeio, Depina, and Elliot are shown in the graveyard again, the video captured an image of a blue corner store near Hancock Street and Rowell Street. Cameron Street members frequently hung out at the store.

- Centeio is seated in the driver's seat of Takari Elliot's car.

- Approximately 1:40 into the recording, Centeio sang, "switching V's (vehicles) every week, cos' the feds ride behind tinted." The CWs will testify that Centeio regularly switched out cars every 3-4 days, that Centeio stated that he always rented automobiles with Massachusetts plates because he believed police officers and rival gang members were suspicious of out-of-state rental cars, and that Centeio would routinely take cars to AutoZone or similar shops in order to apply temporary tint to windows.

- The individual wearing a white t-shirt with a pick-up truck in background is co-defendant Victor Nunez, a/k/a "Tito."

- The individual in the driver's seat of a car wearing a Brooklyn Nets hat is Cameron Street member Patrick Teixeira, a/ka "Fat Pat."

- The individual in the driver's seat in a car when the driver's side window rolls down is Danilo Depina.

- Inside blue corner store previously depicted. The individual in the red sweatshirt who greeted Centeio is Eric Correia, a/k/a "Bubba."

- The video then captured a photograph of two men. The individual seen first, wearing a baseball cap with a star on it, is Drew. The individual to his right is Manuel Viega, a/k/a "Loc" or "Loki."

- The video ended with several individuals in black and white with writing, "Rest In Peace, Bunz." The individual on the right, smiling, is Jonathan Cardoso, a/k/a "Bunz," who was murdered on September 20, 2016 near Downer Street and Pleasant Street in Dorchester. While no one has been charged in connection with Cardoso's death, NOB/Wendover members have claimed responsibility for murdering him. CW-3 has a tattoo memorializing Cardoso on his arm. The individual in the center of the image is Dwayne Harper, a/k/a "Wade" (black t-shirt), currently in pre-trial custody for the August 18, 2022 murder of Jordan

Wiggin on Crown Drive in Quincy. The individual on the left facing away from the camera is Kenneth Araujo, a/k/a "Horse." Behind Cardoso, the video captured a brief image of co-defendant Keiarri Dyette, a/k/a "Kemo."

The government expects that CW-1 and or CW-3 will testify that songs like this promoted and enhanced the power and prestige of Cameron Street and celebrated violent members of the gang who committed murders or other acts of violence against NOB/Wendover, like those identified above. The government may supplement this disclosure before trial.

Finally, during pre-trial preparation, Victim No. 6 advised agents that he had lived in the Cameron Street neighborhood for years and was familiar with many individuals who lived in or hung around in that area, including Eric Correia and Walter Batista. Approximately one year before Victim No. 6 was robbed (see Count Two, ¶ (e)), he had moved out of Boston. Victim No. 6 advised that he had known co-defendant Devante Lopes for years and had regularly purchased marijuana from him. July 20, 2019 (the day of the robbery) was the first time that Lopes had referred Victim No. 6 to another member of Cameron Street, in this case, Eric Correia, to purchase marijuana. Prior to July 20, 2019, Victim No. 6 had re-posted rap videos, including songs performed by members of NOB/Wendover, on his social media account.

Please do not hesitate to contact us if you have any questions or wish to discuss the case in advance of the April 1, 2024 trial date.

Very truly yours,

JOSHUA S. LEVY
Acting United States Attorney

By:    /s/ Christopher Pohl
Christopher Pohl
Charles Dell'Anno
Assistant U.S. Attorneys

cc:    w/ enclosure via E-mail and USAfx

All counsel of record

4