UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 21-10354-JEK |
| | ) | |
| TAKARI ELLIOTT, | ) | |
| a/k/a "T-Paper," | ) | |
| Defendant | ) | |

**GOVERNMENT EXHIBIT LIST**

Pursuant to the Court's pre-trial order (ECF No. 1304), the United States hereby notifies

the defendant that it may introduce the following exhibits in its case-in-chief.  The government

reserves its right to supplement this list, and to introduce any exhibits needed for cross

examination, impeachment, and/or rebuttal.

| Exhibit No. | Description |
|---|---|
| **Photographs / Images** | |
| 1(a)-(n) | Photographs From Seizures and Arrests at Freeport and Everdeen Street, Boston, Massachusetts, January 9, 2011 |
| 2(a)-(m) | Photographs from 94 Belmont Avenue, Brockton, Massachusetts, October 13, 2020 |
| 3 | Photograph of Takari Elliott, a/k/a "T-Paper" |
| 4 | Photograph of Marvin Viega, a/k/a "MV" |
| 5 | Photograph of Manuel Duarte, a/k/a "Brava" |
| 6(a)-(ii) | Photographs from autopsy of Manuel Duarte, Office of the Chief Medical Examiner (OCME) |
| 7 | Photograph of Eric Correia, a/k/a "Bubba" |
| 8 | Image of Eric Correia right hand tattoo ("CH") |
| 9 | Image of Eric Correia birthday cake from Facebook ("3113 Body Bag Boyz") |
| 10 | Photograph of Jose Rodrigues, a/k/a "Freak," a/k/a "Z" |
| 11 | Image of CW-3 arm tattoo ("Bunz Cardoso") |
| 12 | Inage of CW-3 arm tattoo ("RIP AJ") |
| 13 | Photograph of Anthony Centeio, a/k/a "Wheezy" |
| 14 | Image of Anthony Centeio, a/k/a "Wheezy," wearing "3113" necklace |
| 15 | Photograph of Daronde Bethea, a/k/a "Freeze" |
| 16 | Image of Daronde Bethea tattoo ("C" hat with "Drew" and "Loc") |
| 17 | Photograph of Keiarri Dyette, a/k/a "Kemo" |
| 18 | Image of Keiarri Dyette left arm tattoo ("KC") |

| 19 | Image of Keiarri Dyette right arm tattoo ("Cleveland Indians" logo) |
| 20 | Image of Keiarri Dyette from Facebook ("KC Kemo") |
| 21 | Photograph of Kenny Romero, a/k/a "KG" |
| 22 | Image of Kenny Romero arm tattoo ("3113") |
| 23 | Photograph of Paulo Santos, a/k/a "Bucky" |
| 24 | Image of tattoos from chest of Paulo Santos ("H" and "KC") |
| 25 | Photograph of Jonathan Darosa, a/k/a "Jeezy" |
| 26 | Image of arm tattoo from Jonathan Darosa ("H" and "C" and "Free Ghost") |
| 27 | Image of arm tattoo from Jonathan Darosa ("RIP Loc") |
| 28 | Photograph of Wilter Rodrigues, a/k/a "Wo Wo" |
| 29 | Image of chest tattoo from Wilter Rodrigues ("Drew" and "Loc") |
| 30 | Photograph of Clayton Rodrigues, a/k/a "Loo" |
| 31 | Photograph of Devante Lopes, a/k/a "D-Lopes" |
| 32 | Image from social media of Takari Elliott, Anthony Centeio, Clayton Rodrigues, Devante Lopes, and CW-3 ("Hittas") |
| 33 | Photograph of Aaron Almeida, a/k/a "Ace" |
| 34 | Photograph of Danilo Depina, a/k/a "Slim" |
| 35 | Photograph of Charod Taylor, a/k/a "Pachino" |
| 36 | Photograph of Victor Nunez, a/k/a "Tito" |
| 37 | Images of CW-3 and Keiarri Dyette with Firearms at the Manchester Shooting Range, Manchester, New Hampshire |
| 38(a)-(b) | Images From CW-3's Phone Depicting Marvin Viega Holding Cash |
| 39 | Image From March 21, 2019, Surveillance Video of Shooter on Clayborne Street, Dorchester, Massachusetts (Victim No. 14) |
| 40(a)-(n) | Photographs From March 21, 2019, Clayborne Street Shooting |
| 41(a)-(g) | Photograph of Automobile with Ballistics Damage, June 11, 2018, near 679 Columbia Road, Dorchester, Massachusetts (Victim No. 11) |
| 42(a)-(j) | Photographs of Evidence Seized From Anthony's Centeio home, 46 Francis Street, Rehoboth, Massachusetts, April 15, 2022 |
| 43(a)-(c) | Photograph of Drug Evidence Seized From Centeio At 38 Arch Street, Pawtucket, Rhode Island |
| 44(a)-(x) | Photographs of Drugs and Electronic Hides Recovered From Devante Lopes Apartment, Victory Drive, Quincy, Massachusetts, April 15, 2022 |
| 45(a)-(k) | Photographs From Search of Keiarri Dyette Residence, 352 Centre Street, Boston, Massachusetts, April 15, 2022 |
| | |
| **Physical Evidence** | |
| 46 | Cellular telephone of Manual Duarte, recovered from Manual Duarte's car, 94 Belmont Avenue, Brockton, Massachusetts, October 13, 2020 |
| 47 | Bag of fentanyl, recovered from purse in Manual Duarte's car, 94 Belmont Avenue, Brockton, Massachusetts, October 13, 2020 |
| 48 | Bag of cocaine and oxycodone pills seized from Takari Elliott on January 11, 2020 |
| 49 | Bag of cocaine sold by Charod Taylor, Hancock Street, Dorchester, Massachusetts, February 25, 2021 |

| 50 | Anthony Centeio Montreal Canadiens jersey, seized from Centeio's residence, Rehoboth, Massachusetts, April 15, 2022 |
|---|---|
| 51 | "C" Flames Necklace and Cartier Watch Seized From Clayton Rodrigues's Residence, 29 Trotter Road, Weymouth, Massachusetts, April 15, 2022 |
| | |
| **Videos / recordings** | |
| 52 | 911 call, 94 Belmont Avenue, Brockton, Massachusetts, October 13, 2020 |
| 53 | Excerpt of video from Spring Street, Brockton, Massachusetts, October 13, 2020 |
| 54 | Excerpts of videos from City of Brockton traffic cameras, October 13, 2020 |
| 55 | Excerpt of body worn camera from Officer Christopher Royer, Nashville, Tennessee Police Department, April 24, 2021 |
| 56 | CW-3 Snapchat Video Following Robbery |
| 57 | Except of 5-18-18 Shooting of Joshua Teixeira |
| 58 | Anthony Centeio YouTube Video, "Y'All Don't Hear Me" |
| 59 | Excerpt of neighborhood surveillance video from Rill Street, August 20, 2016, following Cameron Street murder |
| 60 | Excerpt of video of controlled purchase of cocaine from Charod Taylor, Victor Nunez, and Takari Elliott, Dorchester, Massachusetts, February 25, 2021 |
| 61 | March 21, 2019, surveillance video of shooter on Clayborne Street, Dorchester, Massachusetts |
| 62 | Recording between CW-1 and Anthony Centeio, a/k/a "Wheezy," about pistol-whipping gang rivals (Cape Verdean creole) |
| 63 | Excerpt of jail recording between Daronde Bethea and CW-5 |
| | |
| **Summary Chart / Stipulations** | |
| 64 | Chart summarizing contact over Snapchat between Manuel Duarte and Marvin Viega, October 12-13, 2020 |
| 65 | Chart summarizing contact over Snapchat between Manuel Duarte and Takari Elliott, October 12-13, 2020 |
| 66(a)-(f) | Summary chart depicting cell-site location information and connectivity from cellular telephones used by Takari Elliott and Marvin Viega, October 13, 2020 |
| 67 | Summary Chart of Elliot Drug Sales, ATF Investigation, 2016 |
| 68 | Summary Chart of Massachusetts Probation Data for March 21, 2019, for Eric Correia, a/k/a "Bubba" |
| 69 | Stipulations Regarding Drug Seizures, Social Media, and Duarte Murder |
| 70 | Summary Chart, Firearm Seizures, Cameron Street Investigation |
| | |
| **Maps** | |
| A | Map of Key Locations in Brockton, October 13, 2020 |
| B | Map of Boston, Massachusetts including Columbia Road; Cameron and Hancock Streets; Wendover Street; Norton, Onley, and Barry Streets, and Draper Street |

| Documents | |
|---|---|
| 71 | CW-1 ATF source agreement |
| 72 | CW-2 ATF source agreement |
| 73 | CW-3 proffer letter |
| 74 | CW-3 plea agreement |
| 75 | CW-3 cooperation agreement |
| 76 | Immunity Letter: Namica Gaudin |
| 77 | T-Mobile Subscriber information: XXX-XX-8397 (Benvily Carvalho) |
| 78 | T-Mobile toll records: XXX-XX-8397 (Benvily Carvalho) |
| 79 | T-Mobile Subscriber information: XXX-XX-7065 (Namica Gaudin) |
| 80 | T-Mobile toll records: XXX-XX-7065 (Namica Gaudin) |
| 81 | T-Mobile Subscriber information: XXX-XX-0248 (Carvalho / Elliott) |
| 82 | T-Mobile toll records: XXX-XX-0248 (Carvalho / Elliott) |
| 83 | T-Mobile Subscriber information:: XXX-XX-1348 (Elliott) |
| 84 | T-Mobile toll records: XXX-XX-1348 (Elliott) |
| 85 | Verizon Subscriber information: XXX-XX-7462 (Viega) |
| 86 | Verizon toll records: XXX-XX-7462 (Viega) |
| 87 | Medical Records for Victim 11 |
| 88 | Medical Records for Victim 14 |
| 89 | Relevant GPS Data For Eric Correia, a/k/a "Bubba," March 21, 2019 |
| 90 | Transcript of Anthony Centeio YouTube Video, "Y'All Don't Hear Me" |
| 91 | Transcript of excerpt of video of controlled purchase of cocaine from Charod Taylor, Victor Nunez, and Takari Elliott, Dorchester, Massachusetts, February 25, 2021 |
| 92 | Transcript of Recording between CW-1 and Anthony Centeio, a/k/a "Wheezy," about pistol-whipping gang rivals (Cape Verdean creole) |
| 93 | Transcript of excerpt of jail recording between Daronde Bethea and CW-5 |

Respectfully submitted,

LEAH B. FOLEY
United States Attorney


By:    /s/ Christopher Pohl
       Christopher Pohl
       Brian A. Fogerty
       Assistant U.S. Attorneys

4

<u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 16, 2026.

<u>/s/ Christopher Pohl</u>
Christopher Pohl
Assistant U.S. Attorney