UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>  v.   )<br>  )<br>TAKARI ELLIOTT,  )<br>  a/k/a "T-Paper,"  )<br>  Defendant  ) | Cr. No. 21-10354-JEK |

GOVERNMENT'S WITNESS LIST

Pursuant to the Court's pre-trial order (ECF No. 1304), the United States hereby notifies the defendant that it may call the following witnesses in its case-in-chief. The government reserves its right to supplement this list with reasonable notice to the defendant.

Bureau of Alcohol, Tobacco, Firearms, and Explosives

1. Elliot Rizzo, Assistant Special Agent in Charge
2. E. Austin Wozniak, Special Agent
3. Christian Van Kleef, Special Agent
4. John Christensen, Special Agent
5. Peter Kelly, Special Agent
6. Jennifer Austin, Intelligence Analyst

Massachusetts State Police

7. Edward Alldridge, Trooper
8. Cedric Carvalho, Trooper
9. Cory Mello, Trooper
10. Joseph Rabbitt, Trooper

Brockton Police Department

11. George Almeida, Detective
12. Matthew Farrell, Detective

Boston Police Department

13. Paul McLaughlin, Deputy Superintendent
14. Joao Rodrigues, Detective (former ATF Task Force Officer)
15. Anthony Serra, Detective
16. Brian Ball, Detective (ATF Task Force Officer)

17. Ryan Schain, Detective
18. Dennis Medina, Detective
19. Daniel Griffin, Detective
20. Melvin Ruiz, Detective

Suffolk County Sheriff's Department

21. Ryan Clark, Deputy (ATF Task Force Officer)
22. Keith Medeiros, Deputy (ATF Task Force Officer)

Nashville, Tennessee Police Department

23. Christopher Royer, Officer

Office of the Chief Medical Examiner (OCME)

24. Dr. Janice Grivetti

Civilian Witnesses

25. CW-1
26. CW-2
27. CW-3
28. CW-5
29. Jonathan Darosa, Dorchester, Massachusetts
30. Benvily Carvalho, Brockton, Massachusetts
31. Adalina Monteiro, Boston, Massachusetts
32. Namica Gaudin, Brockton, Massachusetts

Keeper of Records

33. Enterprise Rent-A-Car
34. Snap, Inc.
35. T-Mobile
36. Verizon
37. Massachusetts Office of Probation

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:  /s/ Christopher Pohl
Christopher Pohl
Brian A. Fogerty
Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 16, 2026.

/s/ Christopher Pohl
Christopher Pohl
Assistant U.S. Attorney